UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG | 12614 United States Courthouse |
| Judge | Independence Mall West |
| | Philadelphia, PA 19106-1775 |
| | (215) 580-2030 |
| | (215) 580-2142 FAX |

## NOTICE OF ORAL ARGUMENT

RE:    Philadelphia 76ers L.P. v. Trustmark Insurance Company, et al.
         CIVIL ACTION NO. 04-cv-4972-EL

Oral argument on outstanding motions will be held on Tuesday, December 7, 2004  at 11:00 a.m in Courtroom 12-A.

See attached standing order on oral argument.

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:   December 2, 2004

Copies to:

LAWRENCE D. JACKSON (by E-Mail and Fax)
ljackson@cozen.com

STEPHEN C. BAKER (by E-Mail and Fax)
stephen.baker@dbr.com

STEPHEN A. COZEN (by Fax)

ROBERT J. KHEEL (by Fax)

JEFFREY A. MISHKIN (by Fax)

JEFFREY A. ROSENTHAL (by Fax)

**SOP on Oral Argument**
   **Judge Ludwig**

1. Each party shall have 15 minutes to present argument unless more time is allocated. A portion of time may be reserved for rebuttal.

2. The parties shall submit a joint summary of the issues and their arguments by Monday, December 6, 2004 at noon. Ordinarily, a summary of the issues and of each party's argument should be set forth on a separate page.

Judge Edmund V. Ludwig

(SO-OA - 1-90; 11-95)