IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA 76ERS L.P.,

      Plaintiff,      No. 04-CV-4972 (EL)

  v.

TRUSTMARK INSURANCE COMPANY, and NEW
JERSEY NETS BASKETBALL LLC,

      Defendants.

## ORDER

  AND NOW, this _____ day of _____, 2004, upon consideration of the application of Jeffrey A. Rosenthal, Esquire and James D. Mathews, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), it is hereby

  ORDERED that the application is GRANTED.

            _____
            Hon. Edmund V. Ludwig, USDJ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

PHILADELPHIA 76ERS L.P.,

                    Plaintiff,

    v.

TRUSTMARK INSURANCE COMPANY, and NEW JERSEY NETS BASKETBALL LLC,

                    Defendants.

No. 04-CV-4972 (EL)

---

## MOTION OF TRUSTMARK INSURANCE COMPANY FOR ADMISSION OF COUNSEL PRO HAC VICE

Defendant Trustmark Insurance Company ("Trustmark"), by and through the undersigned member in good standing of the bar of the United States District Court for the Eastern District of Pennsylvania, hereby moves for the admission of Jeffrey A. Rosenthal, Esquire and James D. Mathews, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and in support thereof offers the attached Application Forms and Sponsor Statement.

December 6, 2004

                    DRINKER BIDDLE & REATH LLP

                    _____
                    Stephen C. Baker
                    Stephen R. Harris
                    John B. Dempsey
                    One Logan Square
                    18th & Cherry Streets
                    Philadelphia, PA 19103-6996
                    Phone: (215) 988-2700
                    Facsimile: (215) 988-2757

                    Attorneys for Trustmark Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 04-CV-04972

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Jeffrey A. Rosenthal__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New York | 03/03/1993 | 2517324 |
| New Jersey | 12/10/1992 | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Please see attached Rider | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Trustmark Insurance Company__

(Applicant's Signature)

12/06/2004
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, NY 10006, 212-225-2086

Sworn and subscribed before me this

6 Day of December 2004

_Lenore A. Kerl_
Notary Public

LENORE A. KERL
Notary Public, State of New York
No. 01KE5032734
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 29, 2006

10/04

<u>RIDER</u> to APPLICATION FORM OF <u>JEFFREY A. ROSENTHAL</u> SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(B)

Section B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Jurisdiction | Date | ID |
|---|---|---|
| <u>Court of Appeals for the Second Circuit</u> | <u>11/26/2002</u> | <u>JR-6014</u> |
| <u>Court of Appeals for the Sixth Circuit</u> | <u>03/01/2000</u> | <u>JR-6014</u> |
| <u>Eastern District of New York</u> | <u>03/23/1993</u> | <u>JR-6014</u> |
| <u>Southern District of New York</u> | <u>03/23/1993</u> | <u>JR-6014</u> |
| <u>District of New Jersey</u> | <u>12/22/1992</u> | <u>JR-6014</u> |

[New York #1359627 v1]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 04-CV-04972

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _James D. Mathews_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| New York | 04/19/2004 | 4227823 |
| New Jersey | 11/19/2003 | 025032003 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Southern District of New York | 11/16/2004 | JM-7830 |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Trustmark Insurance Company

_(Applicant's Signature)_

12/06/2004
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza; New York, NY 10006, 212-225-2195

Sworn and subscribed before me this
6 Day of December 2004
_Lenore Kerl_
Notary Public

LENORE A KERL
Notary Public, State of New York
No. 01KE5032734
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 29, 06

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| PHILADELPHIA 76ERS L.P., | : | |
|               Plaintiff, | : | No. 04-CV-4972 (EL) |
| v. | : | |
| TRUSTMARK INSURANCE COMPANY, and NEW JERSEY NETS BASKETBALL LLC, | : | |
|               Defendants. | : | |

---

## SPONSOR'S STATEMENT

1.  I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania, where I have been admitted since 1979 under Attorney Identification No. 27852.

2.  I am employed by Drinker Biddle & Reath LLP, with offices located at One Logan Square, 18th and Cherry Streets, Philadelphia, PA 19103.

3.  I certify that after reasonable inquiry, I believe the applicants for *pro hac vice* admission, Jeffrey A. Rosenthal, Esquire and James D. Mathews, Esquire to be members in good standing of the state and federal courts referenced in the attached notarized Application Forms and otherwise to be of good private and personal character.

4.  I certify that the motion for *pro hac vice* admission, the proposed order, this Sponsor Statement, and the attached Application Form were on this day mailed, with postage

prepaid in accordance with the Certificate of Service, to all interested parties.

December 6, 2004                                DRINKER BIDDLE & REATH LLP

                                                _____
                                                Stephen C. Baker
                                                Stephen R. Harris
                                                John B. Dempsey
                                                One Logan Square
                                                18th and Cherry Streets
                                                Philadelphia, Pennsylvania 19103-6996
                                                (215) 988-2700


                                                Attorneys for Trustmark Insurance Company

## CERTIFICATE OF SERVICE

I, John B. Dempsey, do hereby certify that a copy of the foregoing motion for *pro hac vice* admission, the proposed order, the Sponsor Statement, and the Application Forms were on this day served by overnight mail upon the following parties and/or attorneys:

>Lawrence D. Jackson, Esq.
>Cozen O'Connor
>1900 Market Street
>Philadelphia, PA 19103
>
>*Counsel for Philadelphia 76ers L.P.*
>
>Robert J. Kheel, Esq.
>Willkie Farr & Gallagher, LLP
>787 Seventh Avenue
>New York, NY 10019
>
>*Counsel for New Jersey Nets Basketball LLC*

December 6, 2004

John B. Dempsey