IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA 76ERS L.P. | : | CIVIL ACTION |
| v. | : | |
| TRUSTMARK INSURANCE COMPANY, NEW JERSEY NETS BASKETBALL, LLC | : | NO. 04-4972 |

O R D E R

AND NOW, this 7th day of December, 2004, upon consideration of the application of Jeffrey A. Rosenthal, Esquire and James D. Mathews, Esquire to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), it is hereby

ORDERED that the application is GRANTED.

Edmund V. Ludwig,   J.