IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA 76ERS L.P.              :     CIVIL ACTION
                                     :
          v.                         :
                                     :
TRUSTMARK INSURANCE COMPANY,         :     NO. 04-4972
NEW JERSEY NETS BASKETBALL, LLC

O R D E R

AND NOW, this 15th day of December, 2004, defendant Trustmark Insurance Company's motion to stay filed November 22, 2004 is denied as moot.

 s/ EDMUND V. LUDWIG
Edmund V. Ludwig,   J.