IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA 76ERS L.P.              :     CIVIL ACTION
                                     :
v.                                   :
                                     :     No. 04-4972
TRUSTMARK INSURANCE COMPANY, et al.  :

### ORDER

AND NOW, this 22nd day of December, 2004, the Clerk of Court is directed to mark this action closed for statistical purposes.

                s/ *EDMUND V. LUDWIG*
                Edmund V. Ludwig, J.